# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TREVOR JOHNSON

NO. 2019 KW 0972

OCT 1 8 2019

---

In Re:    Trevor Johnson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          470776.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW

**Holdridge, J.,** concurs.    This ruling does not preclude
relator from filing a new application for postconviction relief
pursuant to the ruling of the United States Supreme Court in
**State v. Ramos,** 2016-1199 (La. App. 4th Cir. 11/2/17), 231 So.3d
44, <u>writs denied</u>, 2017-2133 (La. 6/15/18), 257 So.3d 679, and
2017-1177 (La. 10/15/18), 253 So.3d 1300, <u>cert. granted</u>, __ U.S.
__, 139 S.Ct. 1318, 203 L.Ed.2d 563 (2019), regarding unanimous
jury verdicts.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT